FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
OCT - 7 2026
KP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:26-cr-00228 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 844(e) |
| RAMARCUS ECHOLS | ) | 18 U.S.C. § 876(c) |
| a/k/a "Romarcus Echols" | ) | 18 U.S.C. § 1038(a) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Between on or about May 15, 2026, through May 21, 2026, in the Middle District of Tennessee, the defendant, **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** did knowingly cause to be delivered by the Postal Service a communication addressed to another person and containing a threat to injure another person, and knowing the communication would be viewed as a threat, to wit: **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** deposited or caused to be delivered by the Postal Service a written bomb threat in an envelope addressed to J.G.R., a Justice of the United States Supreme Court, knowing the writing would be viewed as a threat.

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between on or about May 15, 2026, through May 21, 2026, in the Middle District of Tennessee, the defendant, **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** did, through the use of the mail, willfully make a threat concerning an alleged attempt be made to injure another individual by means of an explosive, to wit: **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"**

through the use of the mail, willfully made a written bomb threat in an envelope addressed to J.G.R., a Justice of the United States Supreme Court.

In violation of Title 18, United States Code, Section 844(e).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between on or about June 2, 2026, through June 9, 2026, in the Middle District of Tennessee, the defendant, **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** did, through the use of the mail, willfully make a threat concerning an alleged attempt to be made to injure another individual by means of an explosive, to wit: **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** through the use of the mail, willfully made a written bomb threat in an envelope addressed to T.A.

In violation of Title 18, United States Code, Section 844(e).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Between on or about May 15, 2026, through May 21, 2026, in the Middle District of Tennessee, the defendant, **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** did knowingly and intentionally convey false information under circumstances where such information may reasonably be believed and which indicated that a violation of Title 18, United States Code, Section 2332a(a) would take place, to wit: **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** knowingly conveyed a written bomb threat in an envelope addressed to J.G.R., a Justice of the United States Supreme Court, with the intent to convey the false information that bombs would explode, under circumstances in which such information may reasonably have been believed, and the explosion of such devices would have violated Title 18, United States Code, Section 2332a(a).

In violation of Title 18, United States Code, Section 1038(a).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

Between on or about June 2, 2026, through June 9, 2026, in the Middle District of Tennessee, the defendant, **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** did knowingly and intentionally convey false information under circumstances where such information may reasonably be believed and which indicated that a violation of Title 18, United States Code, Section 2332a(a) would take place, to wit: **RAMARCUS ECHOLS, a/k/a "Romarcus Echols,"** knowingly conveyed a written bomb threat in an envelope addressed to T.A., with the intent to convey the false information that bombs would explode, under circumstances in which such information may reasonably have been believed, and the explosion of such devices would have violated Title 18, United States Code, Section 2332a(a).

In violation of Title 18, United States Code, Section 1038(a).

A TRUE BILL

[redacted]

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

F. DALTON THOMPSON III
ASSISTANT UNITED STATES ATTORNEY